Filed 8/29/24  P. v. Badue CA1/3

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION THREE

| | |
|---|---|
| THE PEOPLE,<br><br>     Plaintiff and Respondent,<br><br>v.<br><br>STEVE BADUE,<br><br>     Defendant and Appellant. | A170139<br><br>(San Francisco City & County<br>Super. Ct. No. 23-SF-020606-A) |

Steve Badue appeals from the trial court's order finding he violated the terms of his parole.  The trial court reinstated his parole, and ordered him to serve 180 days in jail, while granting him a total of 153 days of credit.  His court-appointed counsel filed a brief raising no issues and seeking our independent review of the record pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*).  The brief includes counsel's declaration stating that he informed defendant of his intent to file a *Wende* brief, that he provided a copy of the record on appeal to defendant, and that he apprised defendant of his right to file a supplemental brief within 30 days of the date the brief was filed.  More than 30 days have now elapsed, and defendant has not filed a supplemental brief.

As this is not defendant's first appeal as a matter of right from a criminal conviction, the procedures set out in *Wende* do not apply here. (*People v. Freeman* (2021) 61 Cal.App.5th 126, 133–134 & fn. 1.)  We thus

1

dismiss the appeal as abandoned.  (*Id.* at p. 132, citing *People v. Serrano* (2012) 211 Cal.App.4th 496, 503–504.)

## DISPOSITION

The appeal is dismissed.

_____
Fujisaki, Acting P. J.


WE CONCUR:


_____
Petrou, J.


_____
Rodríguez, J.


*People v. Badue* (A170139)

2